```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0198--CV (RRB)
                "JOE N. TAYLOR V SAFEWAY INC"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/17/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (360) Other personal injury

           Origin: (2) Removed from State Court
           Demand: 100
       Filing fee: Paid $250.00 on 08/17/05 receipt # 00126390
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

PLF 1.1         TAYLOR, JOE N.                  Darryl L. Jones
                                                Law Office of Darryl L. Jones
                                                109 W. 6th Avenue, Suite 200
                                                Anchorage, AK 99501
                                                907-278-1212
                                                FAX 907-278-1213

DEF 1.1         SAFEWAY, INC.                   Cynthia L. Ducey
                                                Delaney Wiles et al
                                                1007 W. 3rd Avenue, Suite 400
                                                Anchorage, AK 99501
                                                907-279-3581
                                                FAX 907-277-1331

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0198--CV (RRB)
                              "JOE N. TAYLOR V SAFEWAY INC"

                                    For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/17/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury

            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 08/17/05 receipt # 00126390
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/17/05 | DEF 1 Notice of Removal from Superior Court case no. 3AN-05-8832CI w/att exhs. |
| 2 - 1 | 08/17/05 | DEF 1 Notice of compliance w/att exhs. |
| 3 - 1 | 08/17/05 | DEF 1 Service List. |
| 4 - 1 | 08/17/05 | DEF 1 Disclosure Statement. |
| 5 - 1 | 08/23/05 | RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/i 10 days copies of state crt docs and svc list. cc: cnsl |
| 6 - 1 | 08/25/05 | DEF 1 Attorney Appearance of C, Ducey. |
| 7 - 1 | 08/25/05 | DEF 1 Answer to Complaint. |
| 8 - 1 | 08/25/05 | DEF 1 Jury Demand. |
| 9 - 1 | 08/26/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 09/30/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 11 - 1 | 10/11/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 12/06/06; Dispositive motions deadline 01/05/07; Estimate of trial by jury 7 days. cc: cnsl |
| 12 - 1 | 11/02/05 | DEF 1 Preliminary Witness List. |