IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOE N. TAYLOR, )
)
         Plaintiff, )
)
  v. )
)
SAFEWAY, INC., )
) Case No. 3:05-CV-198 (TMB)
         Defendant. )
_____ )

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    The parties, through their counsel of record, and pursuant to Civil Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each side to bear its own costs and fees.

                                                  **Darryl Jones**
                                                  Attorneys for Plaintiff,
                                                  Joe N. Taylor

Date: 2/17/06                       /s/ Darryl Jones
                                                  Darryl Jones

                                                  **DELANEY WILES, INC.**
                                                  Attorneys for Defendant
                                                  Safeway, Inc.

Date: February               /s/ Cynthia L. Ducey
                                                  Cynthia L. Ducey

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581