IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOE N. TAYLOR,<br><br>         Plaintiff,<br><br>   v.<br><br>SAFEWAY, INC.,<br><br>         Defendant. | )<br>)<br>)<br>)  **ORDER OF DISMISSAL**<br>)  **WITH PREJUDICE**<br>)<br>)<br>)  Case No. 3:05-CV-198 (TMB)<br>)<br>) |

      This matter having come before the court on the parties' stipulation to dismiss this action with prejudice and the court being advised in the premises

      IT IS SO ORDERED that this case is hereby dismissed with prejudice.

      DATED this _____ day of _____, 2006, in Anchorage, Alaska.

                                                    _____
                                                  Judge Timothy M. Burgess
                                                  United States District Court

113647

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
07 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581